Stephen M. Doniger, Esq. (SBN179314)
Email: stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
DONIGER/BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NY3 INTERNATIONAL, LLC; *et al.*,<br><br>Defendants. | Case No.: CV 11-02542 DDP (RZx)<br>*Honorable Dean D. Pregerson Presiding*<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

<u>ORDER</u>

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice as to SANTE, INC. and ROSS STORES, INC.;

2. This dismissal will resolve this matter in its entirety;

3. All parties to this stipulation will bear their own fees as incurred in connection with this action, subject to any obligations of defense or indemnity between or among the defendants; and

4. This Court will retain jurisdiction over this matter to enforce the terms of the settlement agreement.

<u>SO ORDERED</u>.

Dated: May 08, 2012

By: _____
HONORABLE DEAN D. PREGERSON